IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN MAHONEY**<br><br>Plaintiff,<br><br>*v.*<br><br>**CHRISTMAS CITY HOTEL, L.L.C.**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 20-547-KSM** |

## ORDER

**AND NOW**, this 29th day of March 2021, upon consideration of Plaintiff's voluntary dismissal of this action (Doc No. 15), it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.